UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GRAY, | No. C 09-2624 SI (pr) |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| B. COGDELL; et al., | |
|     Defendants. | |

This action is dismissed without prejudice to plaintiff filing an action in the Eastern or Central Districts of California concerning constitutional violations that occurred in prisons in those districts.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 21, 2009

                                                  SUSAN ILLSTON
                                                United States District Judge